THE STATE v. METCALF.

THE SAME v. POWELSHEIP.

*Appeals from Page Circuit Court, and Marshall District Court — Tuesday, December 21.*

THESE cases involved the constitutionality of chapter 82, acts of the thirteenth general assembly, regulating the sale of beer. The courts below held the law to be unconstitutional. Following, *The State v. Wier, ante* 134, the judgments below were affirmed. DAY, Ch. J., delivering the opinion.